# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   *TONNY HARGROVE & AMANDA CLARK*          CASE NO:  18-14626
**DEBTOR**                                                              CHAPTER 13

## NOTICE

**YOU ARE HEREBY NOTIFIED**, that the debtor has filed an Amended Chapter 13 Plan. All Creditors have 30 days to object to the proposed amendment by filing an objection with the court at:  **United States Bankruptcy Court, Northern DistriAct of Mississippi, 703 Highway 145 North, Aberdeen, Mississippi 39730**.

**DATED:**  January 17, 2019                              /s/William C. Cunningham
                                                                                    WILLIAM C. CUNNINGHAM
                                                                                    *Attorney at Law*

WILLIAM C. CUNNINGHAM
Post Office Box 624
Columbus, MS  39703-0624
(662) 329-2455
MS Bar No. 7964

## CERTIFICATE OF SERVICE

I, WILLIAM C. CUNNINGHAM, Attorney for the Debtor, do hereby certify that I mailed, postage prepaid or electronically mailed through ECF, a true and correct copy of the foregoing Notice and Amended Plan to: Hon. Terre Vardaman at vardaman13ecf@gmail.com, the U.S. Trustee at USTPRegion05.AB.ECF@gmail.com and to all creditors as listed on the attached Creditor Matrix.

**SO CERTIFIED** on January 17, 2019

                                                                                     /s/William C. Cunningham
                                                                                    WILLIAM C. CUNNINGHAM
                                                                                    *Attorney at Law*